AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**

MAY 1 4 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>MANUEL ADELSO CASTELLANOS-VELASQUEZ (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>CASE NUMBER: 15CR2013-W<br><br>Paul D Turner<br>Defendant's Attorney |

**REGISTRATION No.** 78979179

**THE DEFENDANT:**

X    was found in violation based on case    in   18CR1536-CAB

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| One (nv1) | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 14, 2018
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal